1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

| | |
|---|---|
| **JOSHUA NITKIN,** | 2:23-cv-01837 JDP (PC) |
| Plaintiff, | **[PROPOSED]** **ORDER ON MOTION TO OPT-OUT OF EARLY-ADR PROJECT** |
| **v.** | |
| **D. RADU,** | Judge:        The Honorable Jeremy D. Peterson |
| Defendant. | Trial Date:   None set. Action Filed:   August 28, 2023 |

        Defendant D. Radu filed a Motion To Opt-Out Of Post-Screening Early-ADR Project.

The court read and considered the Motion and supporting documents, and any Opposition filed, if

any.  Good cause having been shown, the Court GRANTS said Motion.

        Accordingly, **IT IS SO ORDERED** that:

        1.      Defendant's Motion To Opt-Out Of Post-Screening Early-ADR Project is

GRANTED; and

        2.      The stay of this matter is hereby lifted.

        3.      Defendant's responsive pleading to Plaintiff's Complaint is due thirty days from the

date of this Order.  The Court will issue a scheduling order setting further litigation deadlines in

this matter.

IT IS SO ORDERED.


Dated:    April 16, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE