IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA NITKIN,** | Case No. 2:23-cv-01837 JDP (PC) |
| Plaintiff, | **[PROPOSED]** ORDER RE: EXTENSION OF DISCOVERY DEADLINES |
| v. | |
| **D. RADU,** | |
| Defendant. | |

Good cause having been shown, Defendant's motion to modify the scheduling order and extend discovery deadlines is granted as follows:

1) The written discovery request service deadline is extended from August 30, 2024, to October 9, 2024;

2) The discovery completion date, including filing motions to compel discovery, is extended from October 25, 2024, to December 9, 2024;

3) The deadline for Defendant's Response to Plaintiff's First Interrogatories and First Request For Production of Documents is extended from September 4, 2024, to October 18, 2024;

4) The deadline for Defendant's Response to Plaintiff's First Request For Camera Footage, Excessive Use of Force Interview, All Other Excessive Use Of Force Complaints Involving D. Radu in extended from September 4, 2024, to October 18, 2024; and

6) The deadline for Defendant's Response to Plaintiffs Second Request for Production of Documents is extended from September 4, 2024, to October 18, 2024.

No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   September 6, 2024                                       
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE