IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA NITKIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. RADU,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:23-cv-1837 JDP (P)<br><br>[**PROPOSED**] ORDER RE: EXTENSION OF DISCOVERY COMPLETION AND MOTION TO COMPEL DEADLINES |

　　Good cause having been shown, Defendant's motion to modify the scheduling order and extend the discovery completion deadline and motion to compel discovery deadline is granted. The discovery completion date and motion to compel discovery filing deadline is extended from December 9, 2024 to January 8, 2025, solely to allow for Plaintiff to serve responses to Defendant's Second Request for Production of Documents to Plaintiff, and if no such responses are served, for Defendant to file a motion to compel Plaintiff's responses thereto.  No other deadlines are affected by this order.

IT IS SO ORDERED.


Dated:　　December 9, 2024　　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1