UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA THOMAS NITKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. RADU,<br><br>　　　　　Defendant. | Case No.  2:23-cv-1837-JDP (P)<br><br>ORDER TO SHOW CAUSE |

　　　　On January 8, 2025, defendant filed a motion to compel.  ECF No. 34.  To date, plaintiff has not filed a response.

　　　　To manage its docket effectively, the court requires litigants to meet certain deadlines.  The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

　　　　I will give plaintiff a chance to explain why the court should not dismiss the case for his failure to file an opposition or statement of non-opposition to defendant's motion.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result

1  in dismissal of this action.  Accordingly, plaintiff is ordered to show cause within twenty-one
2  days why this case should not be dismissed for failure to prosecute and failure to comply with
3  court orders.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one
4  days, an opposition or statement of non-opposition to defendant's motion.

IT IS SO ORDERED.

Dated:    March 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE